## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

TITLEMAX OF DELAWARE, INC.,   :
TITLEMAX OF OHIO, INC.,   :
TITLEMAX OF VIRGINIA, INC., and   :
TMX FINANCE OF VIRGINIA, INC.,   :

               Plaintiffs,   :

v.   :       C. A. No. 1:17-cv-01325-MPT

ROBIN L. WEISSMANN,   :

               Defendant.  :

### JUDGMENT ORDER

TitleMax of Delaware, Inc., TitleMax of Ohio, Inc., TitleMax of Virginia, Inc., and TMX Finance of Virginia, Inc. (collectively, "TitleMax") brought this action against Robin L. Weissmann (the "Secretary"), in her official capacity as Secretary of the Commonwealth of Pennsylvania Department of Banking and Securities ("the Department").[1] TitleMax's Amended Complaint challenged the legality of an Investigative Subpoena for the Production of Documents and Information (the "Subpoena")[2] issued by the Department pursuant to Pennsylvania state law that was being litigated by the same parties in Pennsylvania state court.[3] The parties filed cross-motions for summary judgment in this court on the constitutionality of the Subpoena.[4] On December 7, 2020, the court granted summary judgment in favor of TitleMax and against the Department ("MSJ Opinion").[5]

---

[1] D.I. 5 (Amended Complaint).

[2] D.I. 44-1, Ex. 1.

[3] D.I. 5.

[4] D.I. 45; D.I. 48.

[5] *TitleMax of Del., Inc. v. Weissmann*, 505 F. Supp. 3d 353 (D. Del. 2020).

On January 4, 2021, the Department filed a Notice of Appeal of challenging the

MSJ Opinion.[6]  On January 24, 2022, the Third Circuit "reverse[d] the judgment in favor

of TitleMax and direct[ed] that the District Court enter judgment in favor of the

Department."[7]  On February 24, 2022, the Third Circuit issued its Mandate.[8]

NOW THEREFORE, IT IS HEREBY ORDERED that judgment is entered in favor

of the Department.  The Clerk of the Court is instructed to close this case.

March 1, 2022                              /s/ Mary Pat Thynge
                                    CHIEF U.S. MAGISTRATE JUDGE

---

[6] D.I. 61.  The case was docketed by the Third Circuit Court of Appeals on January 6,
2021 at No. 21-1020.  *See* D.I. 62 (Notice of Docketing Record of Appeal).
[7] *TitleMax of Del., Inc. v. Weissmann*, 24 F.4th 230, 241 (3d Cir. 2022).
[8] *See* D.I. 70 (Judgment); D.I. 70-1 (Mandate Letter) (enclosing "the certified judgment
. . . in lieu of formal mandate . . . to be treated in all respects as a mandate").